BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



FILED

SEP 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KINDE DURKEE ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:11-MJ-274-DAD <br><br> STIPULATION AND [~~PROPOSED~~] DAD <br> ORDER TO EXCLUDE TIME |

The parties stipulate that the time between September 2, 2011 and October 19, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the arrest in this case occurred at a time such that it is unreasonable to expect the return and filing of the indictment within 30 days of the date of the defendant's arrest, which occurred on September 2, 2011. 18 U.S.C. § 3161(h)(7)(B)(iii). The investigation is not complete, and the government is awaiting the production of additional, relevant materials that will assist it in the investigation. It will take time for government investigators to review, analyze, and synthesize the materials to be produced.

1   The parties further stipulate and agree that the ends of
2   justice served by taking this action outweigh the best interests
3   of the public and the defendant in a speedy trial.  18 U.S.C. §
4   3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: September 22, 2011      By: /s/ John K. Vincent
                                    JOHN K. VINCENT
                                    Assistant U.S. Attorney


DATE: September 28, 2011      By: /s/ Daniel Nixon
                                    DANIEL NIXON
                                    Attorney for Defendant


DATE: September 27, 2011      By: /s/ Kinde Durkee
                                    KINDE DURKEE
                                    Defendant

## O R D E R

For the reasons set forth above, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the time between September 2, 2011 and October 19, 2011 shall be excluded from the calculation of time under the Speedy Trial Act in the above-captioned action.  The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATE: September 29, 2011

                                    /s/ Dale A. Drozd
                                    HON. DALE A. DROZD
                                    U.S. Magistrate Judge

2