1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-MJ-274-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | PRELIMINARY HEARING AND TO |
| | ) | EXCLUDE TIME AND [PROPOSED] |
| KINDE DURKEE | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The parties stipulate that the preliminary hearing in the above-captioned matter shall be continued from December 9, 2011 at 2:00 pm to January 26, 2012 at 2:00 pm. The parties further stipulate that the time between December 9, 2011 and January 26, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the arrest in this case occurred at a time before the investigation was completed, and that the case is complex given the number of clients of Ms. Durkee and bank accounts involved. The investigation has continued, and the government needs additional time to conclude its investigation, including reviewing, analyzing, and

1

1 synthesizing materials that have recently been acquired and that
2 it anticipates will be acquired in the relatively near future.
3 Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. §
4 3161(h)(7)(B)(iii).
5   The parties further stipulate and agree that there is good
6 cause for this extension, and that the ends of justice served by
7 taking this action outweigh the best interests of the public and
8 the defendant in a speedy trial.  Federal Rule of Criminal
9 Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

                                Respectfully Submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


DATE: December 1, 2011         By: /s/ JOHN K. VINCENT
                                   JOHN K. VINCENT
                                   Assistant U.S. Attorney


DATE: December 5, 2011         By: /s/ DANIEL NIXON
                                   DANIEL NIXON
                                   Attorney for Defendant


DATE: December 5, 2011         By: /s/ KINDE DURKEE
                                   KINDE DURKEE
                                   Defendant


                            O R D E R

   For the reasons set forth above, AND GOOD CAUSE APPEARING
THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in
the above-captioned matter shall, pursuant to Federal Rule of
Criminal Procedure 5.1(d), be continued from December 9, 2011 at
2:00 pm. to January 26, 2012 at 2:00 pm.
   IT IS ALSO ORDERED that the time between December 9, 2011

1 | and January 26, 2012 shall be excluded from the calculation of
2 | time under the Speedy Trial Act in the above-captioned action.
3 | The Court finds that the ends of justice served by taking this
4 | action outweigh the best interests of the public and the
5 | defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
6 | DATE: December 6, 2011

_____
HON. DALE A. DROZD
U.S. Magistrate Judge