

FILED
JAN 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-MJ-274-DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | PRELIMINARY HEARING AND TO |
| ) | EXCLUDE TIME AND [PROPOSED] |
| KINDE DURKEE ) | ORDER   DAD |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties stipulate that the preliminary hearing in the above-captioned matter shall be continued from January 26, 2012 at 2:00 pm to February 28, 2012 at 2:00 pm. The parties further stipulate that the time between January 26, 2012 and February 28, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the arrest in this case occurred at a time before the investigation was completed, and that the case is complex given the number of clients of Ms. Durkee and bank accounts involved. The investigation has continued, a significant amount of materials have been acquired, and the government needs additional time to review, analyze, and

1

1  synthesize those materials.  Federal Rule of Criminal Procedure
2  5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).
3     The parties further stipulate and agree that there is good
4  cause for this extension, and that the ends of justice served by
5  taking this action outweigh the best interests of the public and
6  the defendant in a speedy trial.  Federal Rule of Criminal
7  Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

8                                        Respectfully Submitted,

9                                        BENJAMIN B. WAGNER
                                         United States Attorney
10

11
   DATE: January 23, 2012          By:   /s/ John K. Vincent
12                                       JOHN K. VINCENT
                                         Assistant U.S. Attorney
13

14
   DATE: January 23, 2012          By:   /s/ Daniel Nixon
15                                       DANIEL NIXON
                                         Attorney for Defendant
16

17
   DATE: January 23, 2012          By:   /s/ Kinde Durkee
18                                       KINDE DURKEE
                                         Defendant
19

20                            O R D E R
21     For the reasons set forth above, AND GOOD CAUSE APPEARING
22  THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in
23  the above-captioned matter shall, pursuant to Federal Rule of
24  Criminal Procedure 5.1(d), be continued from January 26, 2012 at
25  2:00 pm to February 28, 2012 at 2:00 pm, before Magistrate Judge
26  Carolyn K. Delaney.
27     IT IS ALSO ORDERED that the time between January 26, 2012
28  and February 28, 2012 shall be excluded from the calculation of

                                 2

time under the Speedy Trial Act in the above-captioned action. The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATE: January 25, 2012

　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　HON. DALE A. DROZD
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

3