```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JOHN K. VINCENT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```



**FILED**

FEB 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-MJ-274-DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME AND [PROPOSED] ORDER   D~D |
| KINDE DURKEE, | ) | |
| Defendant. | ) | |

The parties stipulate that the preliminary hearing in the above-captioned matter shall be continued from February 28, 2012 at 2:00 pm to March 16, 2012 at 2:00 pm. The parties further stipulate that the time between February 28, 2012 and March 16, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the arrest in this case occurred at a time before the investigation was completed, and that the case is complex given the number of clients of Ms. Durkee and bank accounts involved. The investigation has continued, and since the last continuance in this case, the government has seized a significant number of computers which

1  need to be processed. The government needs additional time to
2  review, analyze, and synthesize materials that it has obtained
3  during the course of this investigation. Federal Rule of
4  Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).
5     The parties further stipulate and agree that there is good
6  cause for this extension, and that the ends of justice served by
7  taking this action outweigh the best interests of the public and
8  the defendant in a speedy trial. Federal Rule of Criminal
9  Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: February 24, 2012     By:  /s/ John K. Vincent
                                 JOHN K. VINCENT
                                 Assistant U.S. Attorney


DATE: February 24, 2012     By:  /s/ Daniel Nixon
                                 DANIEL NIXON
                                 Attorney for Defendant


DATE: February 24, 2012     By:  /s/ Kinde Durkee
                                 KINDE DURKEE
                                 Defendant


                               O R D E R

   For the reasons set forth above, AND GOOD CAUSE APPEARING
THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in
the above-captioned matter shall, pursuant to Federal Rule of
Criminal Procedure 5.1(d), be continued from February 28, 2012 at
2:00 pm to March 16, 2012 at 2:00 pm.
   IT IS ALSO ORDERED that the time between February 28, 2012

                                    2

1 | and March 16, 2012 shall be excluded from the calculation of time
2 | under the Speedy Trial Act in the above-captioned action.  The
3 | Court finds that the ends of justice served by taking this action
4 | outweigh the best interests of the public and the defendant in a
5 | speedy trial.  18 U.S.C. § 3161(h)(7)(A).
6 | DATE: February 27, 2012

/s/ Dale A. Drozd
HON. DALE A. DROZD
U.S. Magistrate Judge