BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-MJ-274-DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | PRELIMINARY HEARING AND TO |
| ) | EXCLUDE TIME AND ORDER |
| KINDE DURKEE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties stipulate that the preliminary hearing in the above-captioned matter shall be continued from March 16, 2012 at 2:00 pm to March 30, 2012 at 2:00 pm.  The parties further stipulate that the time between March 16, 2012 and March 30, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the arrest in this case occurred at a time before the investigation was completed, and that the case is complex given the number of clients of Ms. Durkee and bank accounts involved.  The investigation has continued, and the government needs additional time to review, analyze, and synthesize materials that it has obtained during the course of this investigation.  Federal Rule of Criminal Procedure

1

5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).

The parties further stipulate and agree that there is good cause for this extension, and that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial.  Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: March 10, 2012         By:   /s/ John K. Vincent
                                        JOHN K. VINCENT
                                        Assistant U.S. Attorney


DATE: March 13, 2012         By:   /s/ Daniel Nixon
                                        DANIEL NIXON
                                        Attorney for Defendant


DATE: March 13, 2012         By:   /s/ Kinde Durkee
                                        KINDE DURKEE
                                        Defendant

O R D E R

For the reasons set forth above, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter shall, pursuant to Federal Rule of Criminal Procedure 5.1(d), be continued from March 16, 2012 at 2:00 pm to March 30, 2012 at 2:00 pm., before Magistrate Judge Dale A. Drozd.

IT IS ALSO ORDERED that the time between March 16, 2012 and March 30, 2012 shall be excluded from the calculation of time under the Speedy Trial Act in the above-captioned action.  The

Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED: March 14, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
durkee0274.stipo.cont.PE

3