1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   PHILIP A. FERRARI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )     No. 11-mj-0274 DAD
                                 )
12              Plaintiff,       )     REQUEST TO VACATE PRELIMINARY
                                 )     HEARING BEFORE MAGISTRATE
13         v.                    )
                                 )
14 KINDE DURKEE,                 )
                                 )
15              Defendant.       )
   _____)
16
        On March 27, 2012, the government filed an Information in case
17
   number CR S 12-0123 KJM.  That information is intended to supersede
18
   the charges in the complaint filed in case number 11-mj-0274 DAD.
19
   Today, the Honorable Kimberly J. Mueller issued a minute order in
20
   case CR S 12-0123 setting an arraignment and entry of plea for the
21
   defendant on March 30, 2012 at 11:00 am.  Accordingly, the
22
   government requests that the preliminary hearing scheduled for March
23
   30, 2012 at 2:00 pm, before the Honorable Dale A. Drozd, be vacated.
24
   DATED: March 28, 2012          BENJAMIN B. WAGNER
25                                 United States Attorney

26
                                  By: /s/ Philip Ferrari
27                                    JOHN K. VINCENT
                                      PHILIP A. FERRARI
28                                    Assistant U.S. Attorneys

                                 -1-